B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>MCALLEN DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Robert's Welding And Fabricators, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **20-1298453** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**P.O. Box 183**<br>**Penitas, TX**     ZIP CODE **78576** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Hidalgo** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P. O. Box 183**<br>**Penitas, TX**     ZIP CODE **78576** | Mailing Address of Joint Debtor (if different from street address):     ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.1.11.1, ID 3492718464)*

B1 (Official Form 1) (4/10) — Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):   **Robert's Welding And Fabricators, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**_____<br><div align="right">Date</div> |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)                                                                                                                    Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):   **Robert's Welding And Fabricators, LLC**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney***

X  **/s/ EDUARDO V. RODRIGUEZ**
_____
   **EDUARDO V. RODRIGUEZ**      Bar No. **00795621**

**Malaise Law Firm**
**1265 North Expressway**
**Brownsville, TX  78520**

Phone No. **(956) 547-9638**        Fax No. **(956) 547-9630**

9/14/2011
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Robert's Welding And Fabricators, LLC**

X  **/s/ Roberto Cardenas, Jr.**
_____
Signature of Authorized Individual

**Roberto Cardenas, Jr.**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

**9/14/2011**
_____
Date

Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

IN RE:   **Robert's Welding And Fabricators, LLC**                    CASE NO

                                                                      CHAPTER    **7**

## EXHIBIT "A" TO VOLUNTARY PETITION

1.  Debtor's employer identification number is_____ **20-1298453** _____.

2.  If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____.

3.  The following financial data is the latest available information and refers to the debtor's condition on_____ **9/14/2011** _____.

   a. Total Assets                    **$677,778.06**

   b. Total Liabilities               **$1,401,589.70**

| Secured debt | Amounts | Approximate number of holders |
|---|---:|---:|
| Fixed, liquidated secured debt | **$843,295.47** | **4** |
| Contingent  secured debt | **$0.00** | **0** |
| Disputed secured debt | **$0.00** | **0** |
| Unliquidated secured debt | **$0.00** | **0** |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | **$558,294.23** | **39** |
| Contingent  unsecured debt | **$0.00** | **0** |
| Disputed unsecured debt | **$0.00** | **0** |
| Unliquidated unsecured debt | **$0.00** | **0** |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | | |

*Comments, if any*

4.  Brief description of debtor's business:
   *Steel Fabrication and Erection*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

IN RE:   **Robert's Welding And Fabricators, LLC**                    CASE NO

                                                                     CHAPTER   **7**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

   *ROBERTO CARDENAS, JR.  - 50%*
   *ROSA MARIA CARDENAS - 50%*

6. List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

---

I,_____**Roberto Cardenas, Jr.**_____ , the_____**President**_____of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.


Date:___**9/14/2011**_____     Signature:___**/s/ Roberto Cardenas, Jr.**_____

                                                            ***Roberto Cardenas, Jr.***
                                                            **President**

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

In re  **Robert's Welding And Fabricators, LLC**                    Case No.

                                                                    Chapter        **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 6 | $658,778.06 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $843,295.47 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $558,294.23 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| | TOTAL | 19 | $658,778.06 | $1,401,589.70 | |

B6A (Official Form 6A) (12/07)

In re  **Robert's Welding And Fabricators, LLC**                    Case No. _____
                                                                                            (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Robert's Welding And Fabricators, LLC**                    Case No. _____
                                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---:|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account # xx 0084 at Inter National Bank styled: Roberts Welding & Fabricators, LLC; -0- balance; funds in accounts offset by Inter National Bank June 29, 2011. | | $0.00 |
| | | Checking Account #2484 at Rio Bank, styled: Robert's Welding & Fabricators, LLC  (opened June 16, 2011) Funds used to open this account: Accounts receivable received from: Tri-Gen and Journeyman Construction. | | $74,302.34 |
| | | Checking Account at Inter National Bank # xx-6010 "Lock Box Account - Loan-Payment" account This account used only for payments made to Inter National Bank. | | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

4:03 PM
06/29/11

## Roberts Welding and Fabricators, LLC
### A/R Aging Summary
As of June 29, 2011

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Marshall Company, LTD | 0.00 | 0.00 | 39,689.12 | 0.00 | 0.00 | 39,689.12 |
| Rey Gonzalez | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| Rafeel Chacon | 0.00 | 0.00 | 16,000.00 | 0.00 | 0.00 | 16,000.00 |
| TRI-Gen Const. | 0.00 | 0.00 | 3,345.12 | 0.00 | 0.00 | 3,345.12 |
| Journeyman Const. | 0.00 | 0.00 | 49,150.02 | 0.00 | 0.00 | 49,150.02 |
| VCC Const. | 0.00 | 0.00 | 21,207.00 | 0.00 | 0.00 | 21,207.00 |
| Top-Con , Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Peacock General Contractors | 0.00 | 0.00 | 0.00 | 0.00 | 3,610.00 | 3,610.00 |
| JD'S Const. Co., Inc. | 0.00 | 0.00 | 0.00 | 39.45 | 500.00 | 539.45 |
| Celso Gonzalez Construction, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 13,174.55 | 13,174.55 |
| Texas Descon Construction | 0.00 | 0.00 | 0.00 | 0.00 | 40,515.00 | 40,515.00 |
| Everlast Construction | 0.00 | 0.00 | 87,471.25 | 0.00 | 0.00 | 87,471.25 |
| Everlast Construction | 0.00 | 0.00 | 16,530.00 | 0.00 | 424.06 | 16,954.06 |
| Williamson Construction | 0.00 | 0.00 | 13,050.00 | 0.00 | 8,880.13 | 21,930.13 |
| **TOTAL** | **0.00** | **0.00** | **245,442.51** | **39.45** | **67,903.74** | **313,385.70** |

D. Wilson Construction

Less <15,000.>

$ 298,385.70
+ 20,000.00
$ 318,385.70



B6B (Official Form 6B) (12/07) -- Cont.

In re  **Robert's Welding And Fabricators, LLC**                    Case No. _____
                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable shown on attached Exhibit A | | $318,385.70 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Robert's Welding And Fabricators, LLC**              Case No. _____

                                                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Robert's Welding And Fabricators, LLC**                           Case No. _____

(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 32" TV | | $200.00 |
| | | 3 Office Desks | | $450.00 |
| | | 3 Office Chairs | | $100.00 |
| | | 18" TV | | $150.00 |
| | | Fax Machine | | $150.00 |
| | | Computer | | $275.00 |
| | | Stove | | $150.00 |
| | | Microwave Oven | | $75.00 |
| | | Refrigerator | | $250.00 |
| | | Office Chair | | $150.00 |
| | | 2 Sofa Seats | | $400.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Robert's Welding And Fabricators, LLC**          Case No. _____
                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | Sofa Chair | $200.00 |
| | | Small Table | $50.00 |
| | | Computer | $250.00 |
| | | 6 Filing Cabinets | $180.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | | Inventory as reflected on attached Exhibit B | $203,032.00 |
| | | Load decking at my yard for Descan Construction -  Early College Job, Brownsville, Texas | $27,250.00 |
| | | Load Decking Zapata for IBC Bank Job - Marshall Const | $15,742.24 |
| | | Load Purlins in Crates for IBC Bank, Zapata, TX Owe MDCI - Marshall Const | $17,035.78 |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |

Inventory
Roberti welding + FAB LLC                    1st sheet              7-5-11

| | | |
|---|---|---|
| 11- gratings galv 4'0"x20'-0" | | $1,320.00 |
| 2- wf Beams 24"x68# = 60'-0" | | $4,488.00 |
| 1- wf 14x22# = 40'-0" | | $520.00 |
| 1- wf 16x31# = 60'-0" | | $1,080.00 |
| 2- sq tubing 10"x6"x'1/4" = 48'-0" | | $1,410.00 |
| 3- sq tubing 6"x6"x'1/4 = 48'-0" | | $1,390.00 |
| 6- sq tubing 6x3x'1/4 = 40'-0" | | $1,836.00 |
| 3- sq tubing 8x4x'1/4 = 40'-0" | | $1,255.00 |
| 2- Mc 12x20.7 = 40'-0" | | $977.00 |
| 5- Ls 6"x8"x'1/4 = 40'-0" | | $2,222.00 |
| 2- 4"Ø pipe = 40'-0" | | $160.00 |
| 1- Angle 7"x7"x'1/2" = 20'-0" | | $380.00 |
| 5- wf 8"x18# = 20'-0" | | $990.00 |
| 1- tube 6"x3"x3/8" = 20'-0" | | $140.00 |
| 4- Angles 2x2x'1/4 = 20'-0" | | $140.00 |
| 4- L 4x4x'1/4 = 20'-0" | | $290.00 |
| 4- tubes 5x5x'1/4 = 14'-0" | | $445.00 |
| 2- Angles 5x5x5/16 = 40'-0" | | $120.00 |
| 1- Flat 8"x'1/4 = 20'-0" | | $60.00 |
| 2- wf 18x35# = 40'-0" | | ~~$1,540.00~~ $1,540.00 |
| 9 #- tubes 5x5x'1/4 = 48'-0" | | $3,711.00 |
| 2- 4"Ø pipe = 24'-0" | | $160.00 |
| 7- Tubes 5"x2"x'1/4" = 40'-0" | | $1,736.00 |

$ 26,370.00



Inventory                              2nd sheet            7-5-11
Roberti welding + Fab LLC

2 - sq tubing 4x4x'/4 = 40'-0"                        $517.00
3 - WF 12 x 14# = 60'-0"                              $1,386.00
2 - WF 12 x 14# = 50'-0"                              $ 770.00
1- WF 12x22# = 60'-0"                                 $726.00
1- tube 6x6x'/4 = 60'-0"                              $675.00
1- tube 7x4x'/4 = 50'-0"                              $511.00
1- WF 10x24# = 60'-0"                                 $742.00
1- WF 18x50# = 45'-0"                                 $1,238.00
2 - WF 18x35# = 40'-0"                                $1,540.00
1- Tube 6x6x'/4 = 45'-0"                              $470.00
1- Angle 6x6x'/4 = 40'-0"                             $450.00
1-   channel 8"xH#5 11.5 = 40'-0"                     $253.00
1-   chanl 8"x 11.5 = 20'-0"                          $127.00
18- sq Rod 3/4" = 20'-0"                              $297.00
2- tubes 4x4x'/4 = 50'-0"                             $675.00
1- WF 10 x 20# = 40'-0"                               $472.00
1- WF 16x31# = 60'-0"                                 $1,023.00
2 - WF 14x26# = 45'-0"                                $1,380.00
3 - WF 16x26# = 40'-0"                                $1,841.00
1- WF 18x35# = 40'-0"                                 $826.00
4- WF 16x26# = 45'-0"                                 $2,574.00
3 - 6"Ø pipes = 20'-0"                                $ 240.00
1- Tube 4x4x'/4 = 20'-0"                              $145.00
                                                      ─────────
                                                      $ 18,988.00

Inventory                                  3rd sheet                    7-5-11

Roberts Welding & Fabu.

1 - tube, 6x4x1/4 = 20'0"                                        $172.00

1 - tube 8x8x1/4 = 20'0"                                         $290.00

1 - tube 6x6x1/4 = 20'0"                                         $210.00

1 - tube 8x8x1/4 = 48'0"                                         $731.00

4 - wf 21x50# = 40'0"                                            $5900.00

4 - wf 18x45 = 40'0"                                             $3960.00

1 - wf 16x26# = 40'0"                                            $614.00

1 - wf 18x40# = 40'0"                                            $944.00

14 - sq tube 2x2x1/4 = 40'0"                                     $840.00


(Dr Sotello)

1 - tube 12x8x1/4 = 30'0"                                        $538.00

5 - channels 10'x25# = 40'0"                                     $2250.00

12 - tubes 8'x6"x3/8 = 60'0"                                     $9932.00

10 - tubes 8''x2''x1/4 = 40'0"                                   $3436.00

1 - tube 10''x5'x1/4 = 40'0"                                     $530.00

10 - Angles 5'x4"x3/8'' = 40'0"                                  $1,540.00

30 - tubes 8'x4"x1/2 = 40'0"                                     $14,839.00

1 - sq tube 4x4x1/4 = 40'0"                                      $269.00

3 - tubes 4x2x1/4 = 40'0"                          $475.00 ~~$14,839.00~~

1 - tube 8x4x1/4 = 30'0"                                         $313.00
                                                    _____
                                                        $47,783.00

Inventory        4th Sheet     7-5-11

Robert's Welding & Fab LLC

| | |
|---|---|
| 7 - Flats 4 × 3/8 = 20'0" | $210.00 |
| 1 - tube 2×2×1/4 = 20'0" | $40.00 |
| 2 - Flats 6×1/4 = 20'0" | $60.00 |
| 1 - Flat 8 × 3/8 = 20'0" | $95.00 |
| 5 - Flats 10×3/8 = 20'0" | $450.00 |
| 2 - Angles 3×3×3/8 = 20'0" | $160.00 |
| 9 - angles 4×4×1/4 = 20'0" | $700.00 |
| 7 - angles 5×5×5/16 = 20'0" | $850.00 |
| 16 - angles 4×4×3/8 = 20'0" | $1,724.00 |
| 6 - Flats 12 × 3/4 × 20'0" | $300.00 |
| 5 - Flats 5×1/4 = 20'0" | $200.00 |
| 28 - angles 4×4×1/4 = 20'0" | $2,180.00 |
| 6 - 1"∅ Rods = 20'0" | $180.00 |
| 2 - tubes 2×2×1/4 = 20'0" | $80.00 |
| 2 - channels 3"×4.' = 40'0" | $180.00 |
| 1 - WF 16×31# = 20'0" | $378.00 |
| 1 - WF 8'×15# = 20'0" | $177.00 |
| 1 - WF 10×22# = 20'0" | $260.00 |
| 1 - WF 12 ×18# = 20'0" | $212.00 |

$8436.00

Inventory                                    5th sheet                7-5-11

Roberts welding & Fab LLC

1 - WF 12"×20# = 20'0"                                          $220.00

1 - WF 18×50# = 20'0"                                           $550.00

1 - WF 12×24# = 20'0"                                           $264.00

1 - WF 10×20# = 20'0"                                           $220.00

1 - WF 8×15# = 20'0"                                            $165.00

1 - WF 12×45# = 35'0"                                           $867.00

1 - WF 12×45# = 20'0"                                           $495.00

1 - WF 24×62# = 30'0"                                           $1,023.00

1 - 3"∅ pipe    30'0"                                           $120.00

1 - 6"∅ pipe    20'0"                                           $240.00

1 - 21"×55# = 60'0"                                             $1,815.00

2 - 6"×15# = 40'0"                                              $660.00

1 - 6'×15# = 20'0"                                              $165.00

3 - 3"∅ pipe = 40'0"                                            $300.00

1 - 8"∅ pipe = 40'0"                                            $320.00

3 - WF 12×40# = 40'0"                                           $2,640.00

                                                              $ 10,064.00

Inventory

6 th Sheet

7-5-11

Roberti Welding & Fab LLC

| | | |
|---|---|---|
| 3 - roof ladder = 13'-0" | | $1,050.00 |
| 18 - Angle Weld together 5x5x 1/4 = 20'-0" | | $2,040.00 |
| 1 - WF 18 x 40# = 35'-0" | | $826.00 |
| 10 - Angle 1 x 1 x 1/8 = 20'-0" | | $90.00 |
| 1 - Angle 4x4x 1/4 = 20'-0" | | $74.00 |
| 100 - Angle 1 x 1 x 1/8 = 20'-0" | | $944.00 |
| 2 - channel 10" x 15.3 = curved 20'-0" | | $1,009.00 |
| 1 - tube 2x2x1/4 = 20'-0" | | $50.00 |
| 3 - 4"ø pipes = 20'-0" | | $450.00 |
| 4 - WF 18 x 35# 12'-0" | | $924.00 |
| 4 - 24" x 55# = 40'-0" | | $4,840.00 |
| 2 - 16 x 31# = 40'-0" | | $1,364.00 |
| 3 - 18 x 35# = 40'-0" | | $2,310.00 |

$ 15,971 .00

Inventory                              7th Sheet              7-5-11

Robert's Welding & Fab LLC

1 - 18 x 35# = 30'0"                                    $577.00
1 - 16 x 26# = 30'0"                                    $429.00
1 - 16 x 26#   30'0"                                    $429.00
1 - 18 x 35# - 30'0"                                    $577.00
4 - 16 x 26# = 25'0"                                    $1,430.00
1 - 12 x 14# = 20'0"                                    $155.00
3 - 16 x 26# = 25'0"                                    $1,072.00
5 - 12 x 14# = 20'0"                                    $770.00
4 - 12 x 14# = 12'0"                                    $400.00
2 - tubes 4 x 4 x 1/4 = 20'0"                           $270.00
4 - tubes 5 x 5 x 1/4 = 20'0"                           $690.00
1 - 14 x 26# = 20'0"                                    $290.00
2 - 12 x 14# = 20'0"                                    $310.00
3 - 12 x 14# = 20'0"                                    $462.00
2 - 12 x 14# = 20'0"                                    $310.00
4 - 12 x 14# = 25'0"                                    $770.00
23 - 6" channel 8.2 = 15'0"                             $1,555.00
8 - angle 5 x 5 x 1/4 = 15'0"                           $680.00
11 - angle 4 x 4 x 1/4 - 10'0"                          $400.00
                                                        ―――――――――
                                                        $11,646.00

8th sheet

7-5-11

Inventory

Roberts Welding & Fab LLC

| | |
|---|---:|
| 75 - angles 2x2x'/4= 20'0" | $2013.⁰⁰ |
| 13 - angles 3x3x'/4= 20'0" | $ 100.⁰⁰ |
| 3 - WF 12 x 14# = 10'0" | $258.⁰⁰ |
| 2 - tubes 4x4x'/4= 10'0" | $150.⁰⁰ |
| 7 - WF 12 x 14# = 10'0" | $ 580.⁰⁰ |
| 8 - tubes 4x4x'/4= 8'0" | $580.⁰⁰ |
| 5 - WF 12 x 14# = 10'0" | $415.⁰⁰ |
| 6 - tubes 4x4x'/4= 6'0" | $260.⁰⁰ |
| 2 - tubes 5 x5x'/4= 10'0" | $100.⁰⁰ |
| 18 - tubes 5x5x'/4= 8'0" | $900.⁰⁰ |
| 1 - WF 8"x10# = 8'0" | 80.⁰⁰ |
| 2 - WF 12 x 14# = 12'0" | $200.⁰⁰ |
| 2 - 8"∅ pipe 150'0" | $452.⁰⁰ |
| 31 - ~~Frames~~ angle 3x3x'/4= 20'0" | $1,670.⁰⁰ |
| 3 - Frames tube 5'x5x'/4= 15'0" | $ 750.⁰⁰ |
| 3 - Boxes Channel 10"x15.3 stair landing | $1,000.⁰⁰ |
| 1 - Angle 4x4x'/4= 20'0" | $ 60.⁰⁰ |
| 3 - angle 2½x2½x'/4= 20'0" | $60.⁰⁰ |
| 2 - 2"∅ pipe 20'0" | $49.⁰⁰ |
| 6 - Handrails 5'0" fabricated | $600.⁰⁰ |
| 11 - angle 4x4x'/4= 20'0" | $ 800.⁰⁰ |
| | $ 11,689 ⁰⁰⁄₁₀₀ |

Inventory
Robert's Welding & Fab LLC

7th Sheet

7-5-11

Dr. Sofollo

21 - 8"×6"×3/8" tube = 20'0"        $7,525.00

49 - 8"×4"×3/8 tube =   20'0"        $13,465.00

16 - WF 16×31# = 20'0"        $4,464.00

2 - channel 18" × 42.7# = 25'0"        $1,067.00

19 - tubes 10"×6"×3/8 = 20'0"        $6,050.00

3 - tubes 6×6×3/8 = 20'0"        $825.00

2 - WF 24×55# = 30'0"        $1,485.00

2 - WF 18"× 40# = 30'0"        $1,060.00

8 - angles 4×4×1/4 together welded 20'0"        $1,161.00

19 - angles 3 1/2 ×3 1/2 ×1/4 = 20'0"        $1,212.00

20 - angle 3 1/2 ×3 1/2 ×1/4 = 20'0"        $1,212.00

(1)  #3 - WF 18 × 35# = 30'0"        $620.00

3 - Angles 3 1/2 × 3 1/2 × 1/4 = 20'0"        $210.00

4 - angles 5"× 3 1/2 × 1/4 = 20'0" weld together        $137.00

2 - angles 3 1/2 × 3 1/2 × 1/4 = 20'0"        $136.00

2 - angles 3 1/2 ×3 1/2 ×1/4 = 20'0" weld togeth        $136.00

$40,785.00

Inventory                                    Order Sheet                    7-5-11
Roberti welding & Fab LLC

11 - angles 4x4x1/4 = 20'0"                                          $800.00
1 - channel 6"x 8.2# = 20'0"                                         $98.00
6 - angles 3x3x1/4 = 20'0"                                           $378.00
7 - angls 3x3x1/4 = 20'0"                                            $378.00
12 - angles 4x4x1/4 = 20'0"                                          $900.00
15 angles 5x5x3/16 = 20'0"                                           $1,200.00
1 - angles 5"x3 1/2x1/4 = 20'0"                                      $77.00
1 - angles 5x5x1/4 = 20'0"                                           $114.00
4 - angles 3x3x1/4 = 20'0"                                           $215.00
9 - angls 2 1/2x2 1/2x1/4 = 20'0"                                    $415.00
1 - tube 4x2x1/4 = 20'0"                                             $100.00
1 - channel 6"x8.2 = 20'0"                                           $97.00
5 - channels 10"x20.7# = 20'0"                                       $1,138.00
7 - Flats 7"x 3/8 = 20'0"                                            $400.00
4 - Flats 10"x3/8 = 20'0"                                            $360.00
11 - Flats 8"x1/4 = 20'0"                                            $440.00
3 - Flats 6"x3/8 = 20'0"                                             $180.00
3 - Flate 8"x1/2 = 20'0"                                             $240.00
6 - Flats 7"x3/8"x20'0"                                              $480.00
2 - Flats 7"x1/2 = 20'0"                                             $180.00
1 - Flat 9"x1/2 = 20'0"                                              $80.00
1 - Flat 6"x1/2 = 20'0"                                              $40.00
1 - Flat 7"x1/2 = 20'0"                                              $70.00
1 - Flat 10"x1/2 = 20'0"                                             $90.00
1 - Flat 8"x1/2" = 20'0"                                             $80.00
                                                          $ 8,550.00

Inventory                                    // th Sheet                    7-5-11

Roberts Welding & Fab LLC

2 - Flats 6" x 1/4 = 20'-0"                                              $ 80.00
2 - Flats 8" x 1/4 = 20'-0"                                              $ 100.00
3 - Flats 8" x 3/8 = 20'-0"                                              $ 210.00
4 - Flats 8" x 1/2 = 20'-0"                                              $ 270.00
1 -   Flat 8" x 3/8 = 20'-0"                                             $ 90.00
4 - Flats 7" x 3/8" x 20'-0"                                             $ 320.00
2 - Flats 8" x 1/2 = 20'-0"                                              $ 220.00
1 - Flat 2 1/2 x 1/4 = 20'-0"                                            $ 35.00
1 - Flat 4" x 1/4 = 20'-0"                                               $ 45.00
15 - Flats 6 x 1/4 = 20'-0"                                              $ 600.00
2 - Flats 6" x 3/8" x 20'-0"                                            $ 100.00
2 - Flats 12" x 1/2 = 20'-0"                                            $ 180.00
6 - Flats 6" x 3/8 = 20'-0"                                             $ 300.00
1 - Flat 10" x 1/4 = 20'-0"                                             $ 50.00
2 - Flats 8" x 1/4 = 20'-0"                                             $ 90.00
1 - Flat 8" x 3/8 = 20'-0"                                              $ 80.00

                                                                        $ 2,750.00

                                    GRAND TOTAL $ 203,032.00

B6B (Official Form 6B) (12/07) -- Cont.

In re **Robert's Welding And Fabricators, LLC**                     Case No. _____

                                                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

                                                    _____5_____  continuation sheets attached     **Total  >**     **$658,778.06**
                          (Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Robert's Welding And Fabricators, LLC**                    Case No. _____
                                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $146,450.*

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **Robert's Welding And Fabricators, LLC**                    Case No. _____

                                                                            (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **x7550**<br><br>**Inter National Bank**<br>**1801 South 2nd Street**<br>**P.O. Box 1700**<br>**McAllen, TX 78505-1700** | X | DATE INCURRED: **2/2/11**<br>NATURE OF LIEN:<br>**Security Interest**<br>COLLATERAL:<br>**Accounts Receivable**<br>REMARKS:<br>**Maturity Date May 2, 2011**<br>**Surrender collateral to Creditor**<br><br>VALUE: **$318,385.70** | | | | **$520,000.00** | **$201,614.30** |
| **Representing:**<br>**Inter National Bank** | | **Michael A. McGurk**<br>**KITTLEMAN, THOMAS & GONZALES,**<br>**L.L.P.**<br>**P.O. Box 1416**<br>**McAllen, TX 78505** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **x5482**<br><br>**Inter National Bank**<br>**1801 South 2nd Street**<br>**P.O. Box 1700**<br>**McAllen, TX 78505-1700** | X | DATE INCURRED: **2/22/2011**<br>NATURE OF LIEN:<br>**Security Interest**<br>COLLATERAL:<br>**CD # xxx1311**<br>REMARKS:<br>**CD owned by Roberto Cardenas, Jr.**<br>**and /or Rosa Maria Cardenas,**<br>**personally**<br>**Surrender Interest**<br>VALUE: **$219,753.41** | | | | **$245,000.00** | **$25,246.59** |
| ACCT #: **x3446**<br><br>**Inter National Bank**<br>**1801 South 2nd Street**<br>**P.O. Box 1700**<br>**McAllen, TX 78505-1700** | | DATE INCURRED: **2/7/2008**<br>NATURE OF LIEN:<br>**Purchase Money Security**<br>COLLATERAL:<br>**Crane**<br>REMARKS:<br>**Surrender Collateral**<br><br>VALUE: **$0.00** | | | | **$72,000.00** | **$72,000.00** |
| | | Subtotal (Total of this Page) > | | | | **$837,000.00** | **$298,860.89** |
| | | Total (Use only on last page) > | | | | | |

____**1**____continuation sheets attached

|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |
|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re **Robert's Welding And Fabricators, LLC**                    Case No. _____

                                                                                                  (if known)


## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **xOBWE**<br><br>**PBI Supply, Inc.**<br>**5225 South Loop 289**<br>**Suite 200**<br>**Lubbock, TX 79424** | | DATE INCURRED: **6/29/2011**<br>NATURE OF LIEN:<br>**Mechanic's and Materialman's Lien**<br>COLLATERAL:<br>**Real Property Owned by Another Party**<br>REMARKS:<br>**MECHANIC'S LIEN TAKEN AGAINST JOSE BENET, OWNER OF PROPERTY LOCATED AT 1800 SHARM DR., PHARR, TX 78577. DEBTOR HAD MATERIALS DELIVERED TO THIS ADDRESS AND CONSTRUCTED BUILDING ON THIS PROPERTY.**<br><br>VALUE: **$6,295.47** | | | | $6,295.47 | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | $6,295.47 | $0.00 |
| Total (Use only on last page) > | $843,295.47 | $298,860.89 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re  **Robert's Welding And Fabricators, LLC**     Case No. _____
                                                                        (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Robert's Welding And Fabricators, LLC**

Case No. _____
　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **1129**<br>**A.O.C.**<br>**1021 W. Ferguson**<br>**Pharr, TX  78577** | | DATE INCURRED:  **1979**<br>CONSIDERATION:<br>**Acetyline Oxygen**<br>REMARKS: | | | | **$4,000.00** |
| ACCT #:  **xAZ53**<br>**Airgas Southwest**<br>**201 N 23rd Street**<br>**McAllen, TX  78505** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Welding Rods**<br>REMARKS: | | | | **$4,669.12** |
| ACCT #:  **xxxxxxxx # 1607**<br>**Allen Industrials Supply**<br>**1309 Business Park Drive**<br>**Mission, TX  78572** | | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Bolts and Screws**<br>REMARKS: | | | | **$4,000.00** |
| ACCT #:  **None**<br>**Bendco**<br>**801 Houston**<br>**Pasadena, TX  77502** | | DATE INCURRED:  **2004**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | **$15,000.00** |
| ACCT #:  **xx2118**<br>**Briggs Equipment**<br>**1213 W. Exp. 83**<br>**Pharr, TX  78577** | | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Equipment Rental Fees**<br>REMARKS: | | | | **$13,205.75** |
| ACCT #:  **xxxx-xxxx-xxxx-7591**<br>**Capital One Bank (USA) N.A.**<br>**P.O. Box 60599**<br>**City of Industry, CA  91716-0599** | X | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,970.16** |

Subtotal >  **$42,845.03**

Total >
(Use only on last page of the completed Schedule F.)

_____6_____continuation sheets attached

**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert's Welding And Fabricators, LLC**                     Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **None**<br>**Carrales & Co., LP**<br>**1217 W Pecan Blvd.**<br>**McAllen, TX  78501** | | DATE INCURRED:  **March 2011**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $340.27 |
| ACCT #:  **None**<br>**Consolidated Systems**<br>**6500 Rosewood Drive**<br>**P.O. Box 1756**<br>**Columbia, SC  29202** | | DATE INCURRED:  **2001**<br>CONSIDERATION:<br>**Decking Materials**<br>REMARKS: | | | | $59,992.00 |
| ACCT #:  **None**<br>**Dante Zuniga**<br>**701 S. 15th St.**<br>**McAllen, TX  78501** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $1,050.00 |
| ACCT #:  **x8828**<br>**De Lage Landen**<br>**P.O. Box 41602**<br>**Philadelphia, PA  19101-1602** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lease/Contract**<br>REMARKS:<br>**DEBTOR TO SURRENDER COLLATERAL** | | | | $549.91 |
| ACCT #:  **xxxx-xxxx-xxxx-9749**<br>**DEETO**<br>**SST Card Services**<br>**P.O. Box 23060**<br>**Columbus, A  31902-3060** | X | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $4,169.76 |
| ACCT #:  **2666**<br>**Delta Steel**<br>**1840 Ackerman Rd.**<br>**San Antonio, TX  78219** | | DATE INCURRED:  **1981**<br>CONSIDERATION:<br>**Purchases**<br>REMARKS: | | | | $172,293.99 |

Sheet no. ____1____ of ____6____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$238,395.93**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert's Welding And Fabricators, LLC**                Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **None**<br>**Dyer & Associates**<br>**1352 W. Pecan Blvd.**<br>**McAllen, TX  78501** | | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $2,498.02 |
| ACCT #:  **xxx9831**<br>**First Choice Power**<br>**c/o Greenberg, Grant & Richards, Inc.**<br>**5858 Westheimer Rd.**<br>**Suite 500**<br>**Houston, TX  77057** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $1,194.06 |
| ACCT #:  **None**<br>**Fresno Construction**<br>**724 W. Monte Cristo**<br>**Edinburg, TX  78541** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $3,475.00 |
| ACCT #:<br>**Jose Benet**<br>**1800 Sharm Drive**<br>**Pharr, TX  7877** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Mechanic's and Materialman's Lien**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**Journeyman Construction**<br>**13330 Leopard Street**<br>**Suite 24**<br>**Corpus Christi, TX  78410** | | DATE INCURRED:  **5/20/11**<br>CONSIDERATION:<br>**Unfinished construction**<br>REMARKS: | | | | Unknown |
| ACCT #:  **NONE**<br>**Larry Downing**<br>**c/o Fresno Construction**<br>**724 W. Monte Cristo**<br>**Edinburg, TX  78541** | | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Hauling Equipment**<br>REMARKS: | | | | $2,950.00 |

Sheet no. _____**2**_____ of _____**6**_____ continuation sheets attached to                                        Subtotal >       **$10,117.08**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                            Total >
                                        **(Use only on last page of the completed Schedule F.)**
                                **(Report also on Summary of Schedules and, if applicable, on the**
                                **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert's Welding And Fabricators, LLC**          Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **x5428** <br> **M.B.C.I.** <br> **P.O. Box 69** <br> **Converse, TX  78109** | | DATE INCURRED: **2004** <br> CONSIDERATION: <br> **Material Purchases** <br> REMARKS: | | | | **$30,613.44** |
| **Representing:** <br> **M.B.C.I.** | | **Brandy W. Graham** <br> **NCI Group, Inc.** <br> **P.O. Box 692055** <br> **Houston, TX  77269-2055** | | | | **Notice Only** |
| ACCT #: <br> **Marshall Construction** <br> **P.O. Box 4995** <br> **Corpus Christi, TX 78469** | | DATE INCURRED: **5/20/11** <br> CONSIDERATION: <br> **Unfinished construction** <br> REMARKS: | | | | **Unknown** |
| ACCT #: <br> **Oscar Sotelo, M.D.** <br> **6000 N. 10th Street** <br> **McAllen, TX  78504** | | DATE INCURRED: **2008** <br> CONSIDERATION: <br> **Unfinished construction** <br> REMARKS: | | | | **Unknown** |
| ACCT #: **x3050** <br> **Pro-Weld** <br> **c/o Stud Welding & Associates** <br> **9324 Baythone** <br> **Houston, TX  77041** | | DATE INCURRED: **2009** <br> CONSIDERATION: <br> **Material Purchases** <br> REMARKS: | | | | **$3,400.00** |
| ACCT #: **xx1172** <br> **R.S.C. Equipment Rental** <br> **6929 E. Greenway Parkway** <br> **Suite 200** <br> **Scottsdale, AZ  85254-2171** | | DATE INCURRED: **2011** <br> CONSIDERATION: <br> **Equipment Rental** <br> REMARKS: | | | | **$1,820.00** |

Sheet no. ____3____ of ____6____ continuation sheets attached to          Subtotal >   **$35,833.44**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >
                                                    (Use only on last page of the completed Schedule F.)
                                            (Report also on Summary of Schedules and, if applicable, on the
                                            Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert's Welding And Fabricators, LLC**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxL 15L**<br>**Red-D-Arc Welderentals**<br>**P.O. Box 532618**<br>**Atlanta, GA  30353-2618** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lease/Contract**<br>REMARKS: | | | | $2,088.39 |
| ACCT #:  **None**<br>**Rio Drafting, LLC**<br>**701 S. 15th St.**<br>**McAllen, TX 78501** | | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $375.00 |
| ACCT #:  **None**<br>**Robert Barroso**<br>**1206 S. Dallas St.**<br>**Alton, TX  78572** | | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | $4,600.00 |
| ACCT #:<br>**Roberto Cardenas, Jr.**<br>**P.O. Box 183**<br>**Penitas, TX  78576** | | DATE INCURRED:  **2009-10**<br>CONSIDERATION:<br>**Insider Loan**<br>REMARKS: | | | | $165,844.09 |
| ACCT #:  **xx1600**<br>**Scotchman Credit Corp.**<br>**180 East Hwy 14**<br>**P.O. Box 850**<br>**Philip, SD  57567-0850** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lease/Contract**<br>REMARKS:<br>**COLLATERAL SURRENDERED PRIOR TO FILING.** | | | | $841.77 |
| ACCT #:  **xx9910**<br>**SGS Industrial - Pharr**<br>**5312 N. Cage**<br>**Pharr, TX  78577** | | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**Tools / Materials**<br>REMARKS: | | | | $1,200.00 |

Sheet no. ____4____ of ____6____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$174,949.25**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert's Welding And Fabricators, LLC**            Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:   xxxxxxxxWELD<br>**Southwest Galvanizing**<br>**5731 FM 1346**<br>**San Antonio, TX  78220** | | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Purchases - galvanized material**<br>REMARKS: | | | | **$10,721.60** |
| ACCT #:<br>**Texas Descon, L.P.**<br>**P.O Box 3547**<br>**McAllen, TX  7852** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Unfinished construction**<br>REMARKS: | | | | **Unknown** |
| ACCT #:   xxxx-xx-xxx-xxx1843<br>**Time Warner Cable**<br>**P.O. Box 650047**<br>**Dallas, TX 75265-0047** | | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | **$132.22** |
| ACCT #:   xxB015<br>**Toyota Lift of South Texas**<br>**P.O. Box 678528**<br>**Dallas, TX  75267-8528** | | DATE INCURRED:  **1996**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | **$772.58** |
| ACCT #:   x xxxxxx3547<br>**Unifirst**<br>**515 East Beech Ave.**<br>**McAllen, TX  78501** | X | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Uniform Rentals**<br>REMARKS: | | | | **$32,623.51** |
| **Representing:**<br>**Unifirst** | | **Gregory E. Turley**<br>**Attorney at Law, P.C.**<br>**504 E. Dove Ave., Suite B**<br>**McAllen, TX  78504** | | | | **Notice Only** |

Sheet no. ____**5**____ of ____**6**____ continuation sheets attached to                    Subtotal >   | **$44,249.91** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert's Welding And Fabricators, LLC**          Case No. _____

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xxxx-xxxx-xxxx-9749**<br>**Visa - Deetto**<br>**SST Card Services**<br>**P.O. Box 23060**<br>**Columbus, GA  31902-3060** | X | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $4,169.78 |
| ACCT #:<br>**Williamson Construction**<br>**303 West Expwy 83**<br>**Pharr, TX  78577** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Unfinished construction**<br>REMARKS: | | | | **Unknown** |
| ACCT #:  **x4031**<br>**Wurth Adams Nut & Bolt Co.**<br>**McAllen 23rd Street**<br>**10100 85th Avenue, North**<br>**Maple Grove, MN  55369** | | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Purchases - bolts, screws, tools**<br>REMARKS: | | | | $7,733.81 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. ____**6**____ of ____**6**____ continuation sheets attached to                    Subtotal >    | $11,903.59 |

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        Total >    | $558,294.23 |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Robert's Welding And Fabricators, LLC**                    Case No. _____

                                                                         (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **De Lage Landen**<br>P.O. Box 41602<br>Philadelphia, PA  16101-1602 | Copy Machine and Printer<br>Reject Lease / surrender colalteral.<br>Contract to be REJECTED |
| **Employers Solutions, Inc.**<br>12211 Huebner Road<br>San Antonio, TX  78230 | Employee Lease Agreement<br>Paid in Full<br>Debtor to Reject<br>Contract to be REJECTED |
| **Red-D-Arc Welderentals**<br>Red-D-Arc, Inc.<br>P.O. Box 532618<br>Atlanta, GA  30353-2618 | 10 Welding Machines<br>Debtor to Reject<br>Machines Returned to Creditor 9-1-11<br>Contract to be REJECTED |
| **Scotchman Credit Corp**<br>180 East Hwy 14<br>P.O. Box 850<br>Philip, SC  57567-0850 | Lease # 2663 - Iron Worker<br>Debtor to Reject<br>Collateral returned to Creditor 9-1-11<br>Contract to be REJECTED |

B6H (Official Form 6H) (12/07)

In re  **Robert's Welding And Fabricators, LLC**                    Case No. _____

                                                                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Roberto Cardenas**<br>P.O. Box 183<br>Penitas, TX  78576-0183 | **Capital One Bank (USA) N.A.**<br>P.O. Box 60599<br>City of Industry, CA  91716-0599 |
| **Roberto Cardenas**<br>P.O. Box 183<br>Penitas, TX  78576-0183 | **Visa - Deetto**<br>SST Card Services<br>P.O. Box 23060<br>Columbus, GA  31902-3060 |
| **Roberto Cardenas, Jr.**<br>Rosa Maria Cardenas<br>P.O. Box 183<br>Penitas, TX  78576 | **Inter National Bank**<br>1801 South 2nd Street<br>P.O. Box 1700<br>McAllen, TX  78505-1700 |
| **Roberto Cardenas, Jr.**<br>Rosa Maria Cardenas<br>P.O. Box 183<br>Penitas, TX  78576 | **Inter National Bank**<br>1801 South 2nd Street<br>P.O. Box 1700<br>McAllen, TX  78505-1700 |
| **Roberto Cardenas, Jr.**<br>507 S. Main St.<br>Penitas, TX  78576 | **Unifirst**<br>515 East Beech Ave.<br>McAllen, TX  78501 |
| **Roberto Cardenas, Jr.**<br>P.O. Box 183<br>Penitas, TX  78576-183 | **DEETO**<br>SST Card Services<br>P.O. Box 23060<br>Columbus, A  31902-3060 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Robert's Welding And Fabricators, LLC**                                       Case No.  _____
                                                                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**21**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **9/14/2011**_____          Signature  **/s/ Roberto Cardenas, Jr.**_____
                                                                              **Roberto Cardenas, Jr.**
                                                                              **President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

In re:   **Robert's Welding And Fabricators, LLC**                              Case No.   _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$281,246.14** | **Gross 2011 Year to Date Receipts** |
| **$147,909.00** | **Gross Profit - 2010 per Tax Return; net loss per return:  <$382,488>** |
| **$717,915.00** | **Gross Profit - 2009 per Tax Return; net profit $93,752.00** |

---

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None ☑

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Cause No. C-1867-11-C Delta Steel, Inc., vs. Roberts Welding and Fabricators, LLC | Collection | District Court Hidalgo County, Texas 370th Judicial District | Pending Lawsuit served on Debtor:  July 20,  2011 |

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

In re:   **Robert's Welding And Fabricators, LLC**                                    Case No.   _____

                                                                                                           (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

None
☑   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding
the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None
☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned
to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must
include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Inter National Bank**<br>**1801 S. 2nd St.**<br>**P.O. Box 1700**<br>**McAllen, TX  78505-1700** | **September 1, 2011** | **Terex 60 Ton Crane - $125,000.00**<br>**OMega 30 Ton Crane - $25,000.00**<br>**1997 Ford -3 Ton - $18,000.00**<br>  **17-ton Manitax Crane**<br>**1997 Ford 3 Ton - $18,000.00**<br>  **National Crane 17-ton**<br>**Beige Skytrac 5000# - $12,000.00**<br>**Toyota Forklift 4000# - $15,000.00**<br>**Clark Forklift 4000# - $4,000.00**<br>**Toyota Forklift 4000# - $2,000.00**<br>**Manlift 1000# - $1,500.00**<br>**2001 Ford 2 Ton Dually - $7,000.00**<br>**1996 Chevy 1/2 Ton Pickup - $3,000.00**<br>**2004 Ford 3/4 Ton Truck - $8,000.00**<br>**11 Gasoline Welders - $16,500.00**<br>  **- valued at $1,500.00 each**<br>**Edward Mfg Iron Worker - $5,000.00**<br>**9 cutting torches - $1,350.00**<br>  **- valued at $150.00 each**<br>**Air Compressor - $2,000.00**<br>**Shop saw - $700.00**<br>**16 foot flat bed trailer - $1,600.00**<br>**three (3) 500 gallon gas /diesel tanks $700.00**<br>**Small miscelleneous inventory items** |
| **Red-D-Arc**<br>**Welderentals**<br>**1819 N. Padre Island Drive**<br>**Corpus Christi, TX  78408-2331** | **September 1, 2011** | **Ten (10) Welding Machines** |
| **Scotchman Credit Corp.**<br>**180 East Hwy 14**<br>**P.O. Box 850**<br>**Philip, SD  57567** | **September 1, 2011** | **Scotchman Iron Worker - Lease # 2663** |

### 6. Assignments and receiverships

None
☑   a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

In re:   **Robert's Welding And Fabricators, LLC**                               Case No. _____

                                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None ☑  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 7. Gifts

None ☑  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 8. Losses

None ☑  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| MALAISE LAW FIRM 1265 North Expressway 83 Brownsville, TX  78520 | June 17, 2011 " July 27, 2011 September 7, 2011 | $299.00 Ch 7 Filing Fee $701.00 Attorney Fees $700.00 Attorney Fees $700.00 Attorney Fees $2,400.00 TOTAL PAID PRIOR TO FILING |

---

## 10. Other transfers

None ☑  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑  b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

In re:   **Robert's Welding And Fabricators, LLC**                    Case No. _____

                                                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 3*

---

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Inter National Bank**<br>**1801 S. 2nd Street.**<br>**P.O. Box 1700**<br>**McAllen, TX  78505-1700** | **Checking Account # xx-0084** | **Account Frozen July 7, 2011** |

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Inter National Bank**<br>**P.O. Box 1700**<br>**McAllen, TX  78505-1700** | **June 29, 2011** | **$19,007.89** |

**From Personal Account # xx-9264 $645.22**
**From Business Account # xx-16010 $72.46**
**(account belonging to: Roberts Welding and Equipment, LLC)**
**From Business Account # xx-16010 $5,761.14**
**(account belonging to: Roberts Welding and Equipment, LLC)**
**From Business Account # xx-00084 $11,047.58**
**From Personal Account # xx-1822 $1,481.49**

---

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Ochoa's Propane Co.** | **250 Gallon Propane Tank** | **507 South Main Street**<br>**Penitas, TX  78576** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

In re:   **Robert's Welding And Fabricators, LLC**                              Case No. _____

                                                                                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

In re:   **Robert's Welding And Fabricators, LLC**                                    Case No.   _____

                                                                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

### 18. Nature, location and name of business

None
☐

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Robert's Welding and Fabricators, LLC**<br>**P.O. Box 183**<br>**Penitas, TX  78576-0183**<br>**Federal Tax ID # 20-1298453** | **Steel Fabricators and Erectors** | **1977 to June 17, 2011** |

---

None
☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☐

a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Carrizales & Associates, CPAs** | **Jan thru March, 2011** |
| **Dominguez Financial Group**<br>**301 Nolana**<br>**McAllen, TX  78504** | **1977 to present** |

---

None
☑

b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

In re:   **Robert's Welding And Fabricators, LLC**                    Case No.   _____

                                                                         (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

None ☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Inter National Bank** | **June, 2011** |

---

None ☑

### 20. Inventories
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

None ☐

### 21. Current Partners, Officers, Directors and Shareholders
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **ROBERTO CARDENAS, JR.** | | **50% OWNWERSHIP** |
| **ROSA MARIA CARDENAS** | | **50%** |

---

None ☑

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

None ☑

### 22. Former partners, officers, directors and shareholders
a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☑

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

None ☑

### 23. Withdrawals from a partnership or distributions by a corporation
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

None ☑

### 24. Tax Consolidation Group
If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

None ☑

### 25. Pension Funds
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

In re:   **Robert's Welding And Fabricators, LLC**                    Case No. _____

                                                                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __9/14/2011_____        Signature __/s/ Roberto Cardenas, Jr._____

                                                                                   **Roberto Cardenas, Jr.**
                                                                                   **President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

IN RE:   **Robert's Welding And Fabricators, LLC**                         CASE NO

                                                                            CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>De Lage Landen<br>P.O. Box 41602<br>Philadelphia, PA  19101-1602<br>x8828 | **Describe Property Securing Debt:**<br>Lease/Contract |

Property will be (check one):
- [x] Surrendered        [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt        [ ] Not claimed as exempt

| Property No.   2 | |
|---|---|
| **Creditor's Name:**<br>Inter National Bank<br>1801 South 2nd Street<br>P.O. Box 1700<br>McAllen, TX  78505-1700<br>x7550 | **Describe Property Securing Debt:**<br>Accounts Receivable |

Property will be (check one):
- [x] Surrendered        [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt        [ ] Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

IN RE:   **Robert's Welding And Fabricators, LLC**                    CASE NO

                                                                     CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

| Property No.   3 | |
|---|---|
| **Creditor's Name:**<br>Inter National Bank<br>1801 South 2nd Street<br>P.O. Box 1700<br>McAllen, TX  78505-1700<br>x5482 | **Describe Property Securing Debt:**<br>CD # xxx1311 |

Property will be (check one):
- [x] Surrendered      [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt      [ ] Not claimed as exempt

| Property No.   4 | |
|---|---|
| **Creditor's Name:**<br>Inter National Bank<br>1801 South 2nd Street<br>P.O. Box 1700<br>McAllen, TX  78505-1700<br>x3446 | **Describe Property Securing Debt:**<br>Crane |

Property will be (check one):
- [x] Surrendered      [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt      [ ] Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

IN RE:   **Robert's Welding And Fabricators, LLC**                    CASE NO

                                                                       CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>De Lage Landen<br>P.O. Box 41602<br>Philadelphia, PA  16101-1602 | **Describe Leased Property:**<br>Copy Machine and Printer<br>Reject Lease / surrender colateral. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐          NO ☑ |

| Property No.   2 | | |
|---|---|---|
| **Lessor's Name:**<br>Employers Solutions, Inc.<br>12211 Huebner Road<br>San Antonio, TX  78230 | **Describe Leased Property:**<br>Employee Lease Agreement<br>Paid in Full<br>Debtor to Reject | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐          NO ☑ |

| Property No.   3 | | |
|---|---|---|
| **Lessor's Name:**<br>Red-D-Arc Welderentals<br>Red-D-Arc, Inc.<br>P.O. Box 532618<br>Atlanta, GA  30353-2618 | **Describe Leased Property:**<br>10 Welding Machines<br>Debtor to Reject<br>Machines Returned to Creditor 9-1-11 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐          NO ☑ |

| Property No.   4 | | |
|---|---|---|
| **Lessor's Name:**<br>Scotchman Credit Corp<br>180 East Hwy 14<br>P.O. Box 850<br>Philip, SC  57567-0850 | **Describe Leased Property:**<br>Lease # 2663 - Iron Worker<br>Debtor to Reject<br>Collateral returned to Creditor 9-1-11 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐          NO ☑ |

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

IN RE:   **Robert's Welding And Fabricators, LLC**                    CASE NO

                                                                      CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 3*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  9/14/2011                                Signature   /s/ Roberto Cardenas, Jr.
                                                          *Roberto Cardenas, Jr.*
                                                          *President*


Date                                           Signature

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

IN RE:   **Robert's Welding And Fabricators, LLC**                    CASE NO

                                                                                                              CHAPTER   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept: | Fixed Fee: | **$4,200.00** |
| Prior to the filing of this statement I have received: | | **$2,400.00** |
| Balance Due: | | **$1,800.00** |

2. The source of the compensation paid to me was:
   ☐ Debtor          ☑ Other (specify)
                              **Paid by Robert Cardenas, Jr. Personally**

3. The source of compensation to be paid to me is:
   ☐ Debtor          ☑ Other (specify)
                              **to be paid by Robert Cardenas, Jr., Personally**

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION
   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


**9/14/2011**                              **/s/ EDUARDO V. RODRIGUEZ**
_Date_                                            _EDUARDO V. RODRIGUEZ_          Bar No.  00795621
                                                     Malaise Law Firm
                                                     1265 North Expressway
                                                     Brownsville, TX  78520
                                                     Phone: (956) 547-9638 / Fax: (956) 547-9630

---

  **/s/ Roberto Cardenas, Jr.**

**Roberto Cardenas, Jr.**
**President**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

IN RE:   **Robert's Welding And Fabricators, LLC**                    CASE NO

                                                                CHAPTER   **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  9/14/2011 _____          Signature  _/s/ Roberto Cardenas, Jr._____
                                                        *Roberto Cardenas, Jr.*
                                                        *President*


Date _____          Signature _____

A.O.C.
1021 W. Ferguson
Pharr, TX  78577


Airgas Southwest
201 N 23rd Street
McAllen, TX  78505


Allen Industrials Supply
1309 Business Park Drive
Mission, TX  78572


Bendco
801 Houston
Pasadena, TX  77502


Brandy W. Graham
NCI Group, Inc.
P.O. Box 692055
Houston, TX  77269-2055


Briggs Equipment
1213 W. Exp. 83
Pharr, TX  78577


Capital One Bank (USA) N.A.
P.O. Box 60599
City of Industry, CA  91716-0599


Carrales & Co., LP
1217 W Pecan Blvd.
McAllen, TX  78501


Consolidated Systems
6500 Rosewood Drive
P.O. Box 1756
Columbia, SC  29202

Dante Zuniga
701 S. 15th St.
McAllen, TX  78501


De Lage Landen
P.O. Box 41602
Philadelphia, PA  19101-1602


De Lage Landen
P.O. Box 41602
Philadelphia, PA  16101-1602


DEETO
SST Card Services
P.O. Box 23060
Columbus, A  31902-3060

Delta Steel
1840 Ackerman Rd.
San Antonio, TX  78219


Dyer & Associates
1352 W. Pecan Blvd.
McAllen, TX  78501


Employers Solutions, Inc.
12211 Huebner Road
San Antonio, TX  78230


First Choice Power
c/o Greenberg, Grant & Richards, Inc.
5858 Westheimer Rd.
Suite 500
Houston, TX  77057

Fresno Construction
724 W. Monte Cristo
Edinburg, TX  78541

Gregory E. Turley
Attorney at Law, P.C.
504 E. Dove Ave., Suite B
McAllen, TX  78504


Inter National Bank
1801 South 2nd Street
P.O. Box 1700
McAllen, TX  78505-1700


Jose Benet
1800 Sharm Drive
Pharr, TX  7877


Journeyman Construction
13330 Leopard Street
Suite 24
Corpus Christi, TX  78410


Larry Downing
c/o Fresno Construction
724 W. Monte Cristo
Edinburg, TX  78541


M.B.C.I.
P.O. Box 69
Converse, TX  78109


Marshall Construction
P.O. Box 4995
Corpus Christi, TX  78469


Michael A. McGurk
KITTLEMAN, THOMAS & GONZALES, L.L.P.
P.O. Box 1416
McAllen, TX  78505


Oscar Sotelo, M.D.
6000 N. 10th Street
McAllen, TX  78504

PBI Supply, Inc.
5225 South Loop 289
Suite 200
Lubbock, TX  79424


Pro-Weld
c/o Stud Welding & Associates
9324 Baythone
Houston, TX  77041


R.S.C. Equipment Rental
6929 E. Greenway Parkway
Suite 200
Scottsdale, AZ  85254-2171


Red-D-Arc Welderentals
P.O. Box 532618
Atlanta, GA  30353-2618


Red-D-Arc Welderentals
Red-D-Arc, Inc.
P.O. Box 532618
Atlanta, GA  30353-2618


Rio Drafting, LLC
701 S. 15th St.
McAllen, TX  78501


Robert Barroso
1206 S. Dallas St.
Alton, TX  78572


Roberto Cardenas
P.O. Box 183
Penitas, TX  78576-0183


Roberto Cardenas, Jr.
P.O. Box 183
Penitas, TX  78576

Roberto Cardenas, Jr.
Rosa Maria Cardenas
P.O. Box 183
Penitas, TX  78576


Roberto Cardenas, Jr.
507 S. Main St.
Penitas, TX  78576


Roberto Cardenas, Jr.
P.O. Box 183
Penitas, TX  78576-183


Scotchman Credit Corp
180 East Hwy 14
P.O. Box 850
Philip, SC  57567-0850


Scotchman Credit Corp.
180 East Hwy 14
P.O. Box 850
Philip, SD  57567-0850


SGS Industrial - Pharr
5312 N. Cage
Pharr, TX  78577


Southwest Galvanizing
5731 FM 1346
San Antonio, TX  78220


Texas Descon, L.P.
P.O Box 3547
McAllen, TX  7852


Time Warner Cable
P.O. Box 650047
Dallas, TX 75265-0047

```
Toyota Lift of South Texas
P.O. Box 678528
Dallas, TX  75267-8528



Unifirst
515 East Beech Ave.
McAllen, TX  78501



Visa - Deetto
SST Card Services
P.O. Box 23060
Columbus, GA  31902-3060


Williamson Construction
303 West Expwy 83
Pharr, TX  78577



Wurth Adams Nut & Bolt Co.
McAllen 23rd Street
10100 85th Avenue, North
Maple Grove, MN  55369
```